No. 282. MASON ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of cer-

tiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Victor C. Swearingen* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, A. F. Prescott, S. Dee Hanson,* and *Robert L. Stern* for respondent.